# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-12792
_____

UNITED STATES OF AMERICA,

                                                                                                       *Plaintiff-Appellee,*

versus

WILLIAM BRYAN,
    a.k.a.Roddie,
GREGORY MCMICHAEL,
TRAVIS MCMICHAEL,

                                                                                     *Defendants-Appellants.*

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 2:21-cr-00022-LGW-BWC-3
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 14, 2025

For the Court: DAVID J. SMITH, Clerk of Court